IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ATOMIC HILL,
ADC #110189                                                                                    PLAINTIFF

vs.                                         5:04CV00270-WRW

LT. KNOTT, et al.                                                                              DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 43). Also pending is Plaintiff's Motion for Extension of Time to File a Notice of Appeal (Doc. No. 44).

On March 31, 2005, United States Magistrate Henry L. Jones, Jr. Issued an Order stating that Plaintiff had fifteen (15) days to respond to Defendants' Motion for Judgment on the Pleadings (Doc. No. 40). Plaintiff failed to respond; as a result, I entered an Order dismissing Plaintiff's Complaint with prejudice for failure to prosecute (Doc. No. 41). On May 16, 2005, I received Plaintiff's Motion for Reconsideration, which provided reasons for his failure to respond within the fifteen (15) days. Plaintiff's delay appears to be the result of events out of his control.

Therefore, I have now reviewed the merits of Defendants' Motion for Judgment on the Pleadings (Doc. No. 37). Defendants' assertions in their Brief in Support of the Motion (Doc. No. 38) are well taken. Plaintiff did not exhaust his administrative remedies as required by the Prison Litigation Reform Act. Also, Plaintiff requests relief in the form of money damages. However, because Defendants were state employees, they are entitled to sovereign immunity, preventing Plaintiff from recovering money damages.

Accordingly, Plaintiff's Motion for Reconsideration is DENIED. Plaintiff's Motion for Extension of Time to File a Notice of Appeal is GRANTED.

IT IS SO ORDERED this 12th day of July 2005.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE